FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

MAR 03 2005

FOR THE NINTH CIRCUIT

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALMAZ SAYOUM ABEBE; SISAY MENGISTU,<br><br>Petitioners,<br><br>v.<br><br>ALBERTO R. GONZALES[*], Attorney General,<br><br>Respondent. | No. 02-72390<br><br>Agency Nos. A72-693-580<br>A72-693-581<br><br>ORDER |

Before: SCHROEDER, Chief Judge:

Upon the vote of a majority of nonrecused regular active judges of this court it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to this court or any district court of the Ninth Circuit, except to the extent adopted by the en banc court.

---

[*] Alberto R. Gonzales is substituted for his predecessor, John Ashcroft, as Attorney General of the United States, pursuant to Fed. R. App. P. 43(c)(2).